UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


MARGIE McLAUGHLIN,                          :
                                            :
            Plaintiff                       :
                                            :
      v.                                    :  CIVIL NO. 3:CV-06-1385
                                            :
KAREN L. FULTZ, et al.,                     :  (Judge Kosik)
                                            :
            Defendants                      :


**O R D E R**

_____**NOW, THIS 25TH DAY OF JULY, 2006, IT IS HEREBY ORDERED THAT**

Plaintiff's Motion for Default Judgment (Doc. 3) is **denied as premature**.[1]


                              s/Edwin M. Kosik
                              United States District Judge

_____

[1] Plaintiff filed this civil rights action on July 14, 2006.  On July 18, 2006, an Order
was issued directing Plaintiff to either pay the filing fee or submit the court's form
application to proceed in forma pauperis and an authorization form within thirty (30) days or
the case would be dismissed. (Doc. 4.)  The court is currently awaiting receipt of either the
fee or the required forms.  No service order has yet been issued in this matter.  Accordingly,
any motion for default judgment is premature at this time.